FILED

2009 May-20  AM 11:22
U.S. DISTRICT COURT
N.D. OF ALABAMA

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **GLENDA SHAW** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Civil Action No. CV-08-S-2305-S** |
| | ) | |
| **NEXCHECK, L.L.C.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

In accordance with the joint stipulation of dismissal by plaintiff Glenda Shaw and defendant Nexcheck, L.L.C., filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii),[1] it is ORDERED that all claims against defendant Nexcheck, L.L.C., be, and the same hereby are, **DISMISSED WITH PREJUDICE**.  Each party shall bear its own costs and attorneys' fees.

DONE this 20th day of May, 2009.

*Sharon Lovelace Blackburn*
_____
SHARON  LOVELACE  BLACKBURN
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] *See* doc. no. 8.